1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11   SORPORN KOL,                          Case No. CV 15-9096-FMO (GJS)

12              Petitioner
                                           **ORDER ACCEPTING FINDINGS**
13        v.                               **AND RECOMMENDATIONS OF**
                                           **UNITED STATES MAGISTRATE**
14   W. L. MONTGOMERY,                     **JUDGE**

15              Respondent.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"),

18   all pleadings and other documents filed in this action, and the Report and

19   Recommendation of United States Magistrate Judge ("Report").  The time for filing

20   Objections to the Report has passed, and no Objections have been filed with the

21   Court.

22        Having completed its review, the Court accepts the findings and

23   recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1)

24   the Petition is DENIED; and (2) Judgment shall be entered dismissing this action

25   with prejudice.

26

27   DATE: February 17, 2017        _____/s/_____

28                                  FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE