UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORPORN KOL, | Case No. CV 15-9096-FMO (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| W. L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 17, 2017              _____/s/_____

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE